# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2874

_____

Bryan Lyons,                      *
                                *
         Appellant,        *
                                *  Appeal from the United States
    v.                      *  District Court for the
                                *  Western District of Missouri.
Bonita Cannon; Walker, Police Officer;  *
Steve Walker; Cutburth; Casey; Sgt.    *  [UNPUBLISHED]
Dole; Police Division 27,           *
                                *
         Appellees.        *

_____

Submitted: July 7, 2009
Filed: July 15, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Bryan Lyons appeals the district court's[1] order granting defendants' motion to dismiss his complaint. We conclude that the complaint was properly dismissed. *See* 8th Cir. R. 47B. We also deny Lyons's pending motion.

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.